UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

ROBIN A. PRATT OSENBACH,                    :
              Plaintiff,                :      No. 5:14-cv-5800
    v.                                       :
                                 :
ALLSTATE FIRE AND CASUALTY INS. CO.,   :
              Defendant.                :
_____

## **O R D E R**

**AND NOW**, this 25th day of September, 2015, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1.     Plaintiff's Motion to Remand to State Court, ECF No. 3, is **GRANTED**;

2.     This matter is **REMANDED** to the Court of Common Pleas of Berks County, Pennsylvania, Case No. 14-18643;

3.     The Clerk of Court is directed to send a certified copy of this Order to the Prothonotary of the Court of Common Pleas of Berks County, Pennsylvania; and

4.     The Clerk of Court shall **CLOSE** this case.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge